IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

92-1432

AUG 14 2000

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) |
| | ) MDL 875 |
| This Document Relates to United States District Court for Maryland | ) ) ) |
| (See Attachment A) | ) ) ) ) |

AND NOW, this 11th day of August, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

Charles R. Weiner